FILED
June 4, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHNNY B. BAILEY, ) <br> Defendant. ) <br> ) | Case No. 2:19-po-00017-CKD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, JOHNNY B. BAILEY, Case No. 2:19-po-00017-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   X   Release on Personal Recognizance

   ___   Bail Posted in the Sum of:

          ___   Co-Signed Unsecured Appearance Bond

          ___   Secured Appearance Bond

   X   (Other) Conditions as stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/4/2019 at 3:05 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge